March 30, 2015

TO: United Bankruptcy Court
Northern District of California

Requesting: To Reopen Case ~~case~~

From Angelia J. Green
CASE # 15-30294-HLB13IN

FILED
MAR 30 2015
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

On March 20th I mailed a list of my creditors to the United Bankruptcy Court of Northern California @ 235 Pine St. #19, San Francisco, CA 941__. The office stated that they didn't receive my creditors list until March the 26, 2015. That would be 6 days after I mailed it. The letter was mailed from a Daly City Post Office & it was a 1-2 day delivery. I am begging the court for understanding. ~~the~~ (that there must have been a delay in the mail service). Hopefully you would reopen my case. ~~without prejudice with ~~ so that I could move on with ~~my~~ the case. The ~~date~~ was close with me mailing my documents but ~~I didn't know that I would have~~

trouble with the mail service.

Again I beg the Courts understanding & hope that you will take into consideration that due to our mail service the document was late.

Thanks for understanding in advance

Angelia J. Green