**Entered on Docket**
**April 03, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 2, 2015

*[signature]*

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 15-30294 HLB |
| | ) |
| ANGELIA GREEN, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER DENYING MOTION TO REINSTATE CASE

This matter is before the Court on Debtor's request to reinstate her Chapter 13 bankruptcy case (the "Motion"). Debtor filed a voluntary "skeletal" petition under Chapter 13 of the Bankruptcy Code on March 11, 2015. She did not file a creditor matrix, or other documents required by 11 U.S.C. § 521(a)(1). Without a creditor matrix, the Court cannot give notice of the case or schedule a meeting of creditors in accordance with 11 U.S.C. § 341(a). So, on March 13, 2015, the Court entered a Notice of Failure of Debtor to Provide List of Creditors, requiring debtor to file her creditor matrix within seven days, and warning that, if she failed to comply, the case could be dismissed without further notice. Debtor did not file the creditor matrix by the deadline of March 20, 2015, and the Court dismissed her case on March 23, 2015. Debtor filed her creditor matrix on March 26, 2015.

ORDER DENYING MOTION TO REINSTATE
CASE                                                    - 1 -

1    Debtor has asked the Court to reinstate her case on the

2  grounds that she mailed the creditor matrix to the Court from

3  Daly City on Friday March 20, 2015.  Debtor asserts that

4  delivery should have occurred within one to two days after she

5  mailed the creditor matrix, and the creditor matrix was filed

6  late due to the slow mail service.

7    First, the deadline to file the creditor matrix was March

8  20, 2015.  Because Debtor did not put the creditor matrix in

9  the mail until March 20, 2015, it could not have been timely

10  filed even if it had been delivered in one to two days.

11    Second, this is Debtor's third bankruptcy case.  Debtor

12  filed a pro se Chapter 13 case on September 12, 2014, case

13  number 14-31336.  As she did here, Debtor filed a "skeletal"

14  petition without a creditor matrix or the other documents

15  required by 11 U.S.C. § 521(a)(1).  The court dismissed the

16  2014 case for failure to file the creditor matrix.  Debtor also

17  filed a pro se Chapter 7 case on April 15, 2013, case number

18  13-30878.  Again, Debtor filed a "skeletal" petition without a

19  creditor matrix or the other documents required by 11 U.S.C. §

20  521(a)(1).  Debtor obtained an extension to file the creditor

21  matrix and did so by the extended deadline, but failed to file

22  timely file other required documents.  The court dismissed the

23  2013 case on May 20, 2013.

24    Debtor has demonstrated a pattern of filing and failing to

25  prosecute bankruptcy cases.  This pattern appears to the Court

26  to be an abuse of the bankruptcy system.  Through her multiple

27  filings, she has gained knowledge of the documentary

28  requirements for a bankruptcy case, yet she continues to file

**ORDER DENYING MOTION TO REINSTATE CASE**

- 2 -

1    cases, such as this one, without the required documents.

2    Debtor has not provided an adequate explanation for her failure

3    to timely file the creditor matrix in this case.  Accordingly,

4    the Court **DENIES** the Motion.

5

6                          **\*\*END OF ORDER\*\***

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28


**ORDER DENYING MOTION TO REINSTATE**
**CASE**                                    - 3 -

## Court Service List

Angelia Green
823 Templeton Ave.
Daly City, CA 94014